\UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDIO ORTIZ VELEZ,<br><br>Petitioner(s),<br>v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>Respondent(s). | CASE NO. C26-2686-KKE<br><br>ORDER REFERRING CASE |

This is a federal habeas action filed under 28 U.S.C. § 2241. Dkt. No. 7. Petitioner is representing himself in this matter, but the Court finds that, because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Moreover, Petitioner has submitted materials that support his financial eligibility for such appointment. See Dkt. Nos. 5, 6.

Accordingly, the Court ORDERS as follows:

(1) This matter is referred to attorney Jennie Pasquarella for review.

(2) The Court requests that Ms. Pasquarella review the petition and advise the Court by email to the courtroom deputy at KKEcrd@wawd.uscourts.gov no later than September 24, 2026, if she will seek appointment in this matter. If she does seek appointment, the Court would entertain a request to extend the traverse deadline, which is currently September 25, 2026.

(3) The Clerk is directed to send a copy of this order to Petitioner, and a copy of this order and the case file to Ms. Pasquarella at jpasquarella1@seattleu.edu.

Dated this 21st day of September, 2026.

Kymberly K. Evanson
United States District Judge