UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDIO ORTIZ VELEZ,<br><br>Petitioner(s),<br>v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>Respondent(s). | CASE NO. C26-2686-KKE<br><br>ORDER REFERRING CASE TO NWIRP |

This is a federal habeas action filed under 28 U.S.C. § 2241. Dkt. No. 7. Petitioner is representing himself in this matter, but the Court finds that, because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Moreover, Petitioner has submitted materials that support his financial eligibility for such appointment. See Dkt. Nos. 5, 6.

The Court previously referred this case to an attorney who has declined to seek appointment. Dkt. No. 15. The Court now refers the case to the Northwest Immigrant Rights Project ("NWIRP"). The clerk is directed to send a copy of this order and the case file to habeas@nwirp.org for review. NWIRP shall advise the Court by email to the courtroom deputy at KKEcrd@wawd.uscourts.gov no later than September 25, 2026, if it will seek appointment in

this matter. If it does seek appointment, the Court would entertain a request to extend the traverse deadline.

Dated this 22nd day of September, 2026.

Kymberly K. Evanson
United States District Judge